UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
VICTOR CALLENDER,
               Plaintiff,

      - against -

FORSTER AND GARBUS, LLP,
               Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ECF Case
No. 15-CV-05813

**MOTION TO WITHDRAW
AS COUNSEL**

PLEASE TAKE NOTICE THAT pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern District Courts of New York, and upon the annexed Declaration, Lauren Elfant, one of Plaintiff's counsel in the above-captioned case, moves for leave to withdraw as counsel for Plaintiff. Plaintiff will continue to be represented by the Urban Justice Center through Nasoan Sheftel-Gomes, a supervising attorney at UJC.

Dated: New York, New York
         October 23, 2015

                                      Respectfully submitted,
                                      /s/ Lauren Elfant
                                      Lauren Elfant
                                      Urban Justice Center
                                      123 William Street, 16th Floor
                                      New York, NY 10038
                                      (646) 459-3010
                                      E-mail: lelfant@urbanjustice.org