UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

**VICTOR CALLENDER**

                                                  **Case No.: 1:15-cv-05813-AKH**

                 **Plaintiff,**

    -against-

**FORSTER & GARBUS, LLP**

                 **Defendants.**

---------------------------------------------------------------------X

**DECLARATION IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

STATE OF NEW YORK    )
                                  ) ss:
COUNTY OF NEW YORK  )

    NOW COMES Ahmad Keshavarz and pursuant to 28 U.S.C. § 1746, declares under penalty of perjury that the following is true and correct.

1. I am the attorney for Plaintiff.

2. I submit this declaration in support of Plaintiff's Opposition to Defendant's Motion for Partial Summary Judgment pursuant to FRCP 56 and its relevant subsections.

3. On December 9, 2016, Plaintiff filed a Rule 56.1 Statement of Material Facts in support of its Motion for Partial Summary Judgment. [DE 53]. However, Plaintiff neglected to add a signature page to the filing. Thus, attached herein is a true and correct copy of the signature page to Plaintiff's Rule 56.1 Statement of Material Facts in support of its Motion for Partial Summary Judgment. Exhibit A.

Dated: Brooklyn, New York
          January 6, 2017

- 2 -

    Respectfully submitted,
    /s/

By:

_____
Ahmad Keshavarz
The Law Office of Ahmad Keshavarz
ATTORNEY FOR PLAINTIFF
16 Court St., 26th Floor
Brooklyn, NY 11241-1026
Phone: (718) 522-7900
Fax:    (877) 496-7809
Email:

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    CAROL A. LASTORINO, ESQ.
    926 RXR Plaza
    Uniondale, New York 11556-0926
    (516) 357-3000
    RR File No. 12607-1

Dated:  Brooklyn, NY
      <u>January 6, 2017</u>
      /s/
      Ahmad Keshavarz
      Attorney for Plaintiff

# EXHIBIT A

**The signature page to Plaintiff's Rule 56.1 Statement of Material Facts in support of its Motion for Partial Summary Judgment [DE 53]**

Dated: Brooklyn, New York
December 9, 2016

Respectfully submitted,
/s/

By:

_____
Ahmad Keshavarz
The Law Office of Ahmad Keshavarz
ATTORNEY FOR PLAINTIFF
16 Court St., 26th Floor
Brooklyn, NY 11241-1026
Phone: (718) 522-7900
Fax: (877) 496-7809
Email: Ahmad@newyorkconsumerattorney.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

CAROL A. LASTORINO, ESQ.
926 RXR Plaza
Uniondale, New York 11556-0926
(516) 357-3000
RR File No. 12607-1

Dated: Brooklyn, NY
December 9, 2016
/s/
Ahmad Keshavarz
Attorney for Plaintiff

15