UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
**VICTOR CALLENDER**

                                                                                                       **Case No.: 1:15-cv-05813-AKH**

                 **Plaintiff,**

      -against-

**FORSTER & GARBUS, LLP**

                 **Defendants.**
-------------------------------------------------------------------X

**KESHAVARZ DECLARATION IN SUPPORT OF PLAINTIFF'S HIS SECOND MOTION FOR SUMMARY JUDGMENT AS TO LIABILITY UNDER THE FDCPA, GBL 349, AND FOR CONVERSION**

STATE OF NEW YORK    )
                               ) ss:
COUNTY OF NEW YORK  )

NOW COMES Ahmad Keshavarz and pursuant to 28 U.S.C. § 1746, declares under penalty of perjury that the following is true and correct.

1. I am the attorney for Plaintiff.

2. I submit this declaration in support of Plaintiff's Motion for Summary Judgment pursuant to FRCP 56 and its relevant subsections.

3. Attached is a true and correct copy of the following: Exhibit A- Defendants Responses to Requests for Admission.

4. Attached is a true and correct copy of the following: Exhibit B- The deposition transcript of Joel Liederman, the corporate representative for Forster & Garbus, LLP ("F&G").

5. Attached is a true and correct copy of the following: Exhibit C- The retainer agreement between Discover Bank and F&G.

- 2 -

6. Attached is a true and correct copy of the following: Exhibit D- the summons and complaint from the collections lawsuit *Discover Bank IOT Discover Card v. Victor C Callender,* Index No: CV-032484-05/NY (Supreme Court of the State of New York, New York County) ("collection lawsuit").

7. Attached is a true and correct copy of the following: Exhibit E- The December 9, 2016 Affidavit of Victor Callender.

8. Attached is a true and correct copy of the following: Exhibit F- The default judgment from the collection lawsuit.

9. Attached is a true and correct copy of the following: Exhibit G- The affidavit of Victor Callender in support of his Order to Show Cause ("OSC") to vacate the judgment from the collection lawsuit.

10. Attached is a true and correct copy of the following: Exhibit H- The deposition transcript of Victor Callender.

11. Attached is a true and correct copy of the following: Exhibit I- The affidavit of service from the collection lawsuit.

12. Attached is a true and correct copy of the following: Exhibit J- The OSC to vacate the default judgment in the collection lawsuit.

13. Attached is a true and correct copy of the following: Exhibit K- The receipt of mailing for service of the OSC in the collection lawsuit.

14. Attached is a true and correct copy of the following: Exhibit L- The Order vacating the default judgment in the collection lawsuit.

15. Attached is a true and correct copy of the following: Exhibit M- The Order dismissing the collection lawsuit.

16. Attached is a true and correct copy of the following: Exhibit N- The July 2, 2012 letter from F&G to Victor Callender.

17. Attached is a true and correct copy of the following: Exhibit O- The October 23, 2012 dispute letter to the New York City Department of Consumer Affairs ("DCA").

18. Attached is a true and correct copy of the following: Exhibit P- F&G's response to the dispute letter to DCA.

19. Attached is a true and correct copy of the following: Exhibit Q- F&G's collection notes from December 28, 2012.

20. Attached is a true and correct copy of the following: Exhibit R- the Income Execution.

21. Attached is a true and correct copy of the following: Exhibit S- Paystubs reflecting the garnishment of Victor Callender's wages.

22. Attached is a true and correct copy of the following: Exhibit T- The deposition transcript of Ronald Ferraro.

23. Attached is a true and correct copy of the following: Exhibit U- The E-courts screens for the collection lawsuit.

24. Attached is a true and correct copy of the following: Exhibit V- Emails from Victor Callender to his employer regarding the garnishment.

25. Attached is a true and correct copy of the following: Exhibit W- Victor Callender's April 15, 2015 cease and desist letter.

26. Attached is a true and correct copy of the following: Exhibit X- The refund check, with cover letter.

27. Attached is a true and correct copy of the following: Exhibit Y- The complaint from *Brown v. Forster & Garbus, LLP,* et al., Case No. 15-cv-6779-KBF (United States District Court, Southern District of New York)].

28. Attached is a true and correct copy of the following: Exhibit Z- The complaint from *Francis v. LVNV Funding,* et al., Case No. 1:15-cv-03757 (United States District Court, Eastern District of New York).

29. Attached is a true and correct copy of the following: Exhibit AA- The petition from *Pfau v. Forster & Garbus,* et al., Index No. 2009-8236 (Supreme Court of the State of New York, County of Erie).

30. Attached is a true and correct copy of the following: Exhibit BB- The consent order from *Pfau v. Forster & Garbus,* et al., Index No. 2009-8236 (Supreme Court of the State of New York, County of Erie).

Dated: Brooklyn, New York
       May 9, 2017

Respectfully submitted,
/s/
_____
Ahmad Keshavarz
The Law Office of Ahmad Keshavarz
ATTORNEY FOR PLAINTIFF
16 Court St., 26th Floor
Brooklyn, NY 11241-1026
Phone: (718) 522-7900
Fax:    (877) 496-7809
Email: Ahmad@newyorkconsumerattorney.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the

following:

      CAROL A. LASTORINO, ESQ.
      926 RXR Plaza
      Uniondale, New York 11556-0926
      (516) 357-3000
      RR File No. 12607-1

Dated:  Brooklyn, NY
       <u>May 9, 2017</u>
       /s/
       Ahmad Keshavarz
       Attorney for Plaintiff