# EXHIBIT C- Retainer Agreement

## TO BE FILED UNDER SEAL