

Callender 131