UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

VICTOR CALLENDER,

          Docket # 1:15-CV-05813 (AKH)

      Plaintiff,

  -against-         **DECLARATION**

FORSTER & GARBUS, LLP and
DISCOVER BANK

      Defendants.

------------------------------------------------------------X

  I, Carol A. Lastorino, pursuant to 28 U.S.C. § 1746, hereby declare the following:

  1.  I am an attorney duly admitted to practice law in the State of New York and in this Court. I am a member of the law firm, Rivkin Radler LLP, attorneys for defendant, Forster & Garbus, LLP ("F&G"), in the above-captioned matter. I submit this Declaration in support of F&G's motion for partial summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure and to dismiss plaintiff's Second Amended Complaint pursuant to Rule 8 of the Federal Rules of Civil Procedure.

  2.  I submit this Declaration to place true and accurate copies of the following documents before this Court:

| | |
|---|---|
| Exhibit "A" | Second Amended Complaint in the instant action (excluding the 483 pages of exhibits) |
| Exhibit "B" | F&G's Amended Answer to Second Amended Complaint in instant action |
| Exhibit "C" | Discover Bank's default judgment against Victor Callender entered on December 21, 2005 in Civil Court City of New York |
| Exhibit "D" | Excerpts from September 28, 2016 deposition testimony of Joel Leiderman at F&G |

| | |
|---|---|
| Exhibit "E" | Letter dated February 11, 2010 from F&G to Victor Callender |
| Exhibit "F" | Series of letters dated May 3, 2010, November 2, 2010, February 15, 2011, June 29, 2011 and December 30, 2011 from F&G to Victor Callender |
| Exhibit "G" | Excerpts from October 25, 2016 deposition testimony of Victor Callender |
| Exhibit "H" | Order to show cause dated May 22, 2012 to vacate the default judgment filed by Victor Callender in Civil Court City of New York |
| Exhibit "I" | Letter dated July 2, 2012 from F&G to Victor Callender |
| Exhibit "J" | Letter dated October 23, 2012 from Victor Callender to F&G with copy of envelope received on December 17, 2012 |
| Exhibit "K" | Email dated December 18, 2012 from F&G to Discover Bank |
| Exhibit "L" | Email dated December 28, 2012 from Discover Bank to F&G |
| Exhibit "M" | Email dated February 22, 2013 from Discover Bank to F&G |
| Exhibit "N" | Letter dated March 12, 2013 from Discover Bank to Victor Callender |
| Exhibit "O" | Letter dated April 15, 2015 from Urban Justice Center to F&G |
| Exhibit "P" | Letter dated April 21, 2015 from F&G to Urban Justice Center with enclosed reimbursement checks |

3. Based upon the Notice of Motion, accompanying Memorandum of Law and the foregoing exhibits, it is respectfully requested that F&G's motion in its entirety together with such other and further relief as to this Honorable Court seems just and proper.

I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: Uniondale, New York
May 9, 2017

/s/ *Carol A. Lastorino*
Carol A. Lastorino

2

TO: LAW OFFICE OF AHMAD KESHAVARZ
     Attorneys for Plaintiff
     16 Court St., 26th Floor
     Brooklyn, NY 11241-1026
     (718) 522-7900
     ahmad@newyorkconsumerattorney.com

3704106 v1